UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-674-FDW-DSC

| AISHA WHITE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ALIGHT SOLUTIONS, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on *sua sponte* review of the record.

The *pro se* Plaintiff filed the Complaint on December 11, 2019, (Doc. No. 1), along with a Motion to Proceed *In Forma Pauperis*, (Doc. No. 2). The case has not yet undergone initial review pursuant to 28 U.S.C. § 1915. On February 10, 2020, the Court inadvertently issued a Notice pursuant to Local Rule 16.1 and, on March 2, 2020, counsel for Defendant filed a Joint Certification of Initial Attorney Conference, (Doc. No. 5). Because this case has not yet passed initial review, the Notice and Joint Certification are premature and they will therefore be stricken.

**IT IS, THEREFORE, ORDERED** that

1. The Notice issued on February 10, 2020 is hereby **STRICKEN** from the record.
2. Defendant's Joint Certification, (Doc. No. 5), is **STRICKEN** from the record.

Signed: March 5, 2020

_____
Frank D. Whitney
Chief United States District Judge